UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | | |
|---|---|---|
| DAVID ERMOLD, ET AL., | : | CIVIL ACTION |
| Plaintiffs, | : | 0:15-CV-00046-DLB |
| v. | : | DISTRICT JUDGE |
| | : | DAVID L. BUNNING |
| KIM DAVIS, ET AL., | : | |
| Defendants. | : | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN D. CHRISTMAN

Pursuant to E.D. Ky. L.R. 83.2, Jonathan D. Christman, Esq. ("Christman"), a member in good standing of the Bar of the Commonwealth of Pennsylvania, respectfully moves this Court to appear *pro hac vice* in the above-referenced case on behalf of Defendant Kim Davis ("Davis"), individually and in her official capacity as Rowan County Clerk:

(1) Mr. Christman is a member in good standing of the bar of the Commonwealth of Pennsylvania, as demonstrated by the Certificate of Good Standing attached hereto as Exhibit "A" and dated within the past 90 days of the instant Motion;

(2) Mr. Christman is also generally admitted to practice in the following federal courts: United States Supreme Court, the United States Courts of Appeal for the First, Second, Third, Fourth, Sixth, Seventh and Eleventh Circuits, and the United States District Courts for the Eastern, Middle, and Western Districts of Pennsylvania, Northern District of Illinois, Western District of Tennessee, Eastern District of Wisconsin, Southern District of Indiana, Eastern District of Michigan, and District of Colorado.

(3) On July 9, 2015, Mr. Christman was also granted leave to appear *pro hac vice* on behalf of Davis in the case of *April Miller, et al. v. Kim Davis, et al.*, No. 0:15-cv-00044-DLB,

also pending before the Honorable David L. Bunning in the United States District Court for the Eastern District of Kentucky.

(4)     Mr. Christman is not currently and has not ever been disbarred, suspended from practice, or subject to any other disciplinary action by any court, state, territory, or the District of Columbia;

(5)     Mr. Christman consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct;

(6)     Mr. Christman completed the webpage tutorials on ECF Training that are accessible online via this District's website at http://www.kyed.uscourts.gov/?q=cmecf-train; and

(7)     Contemporaneous with the filing of the instant Motion, Mr. Christman will submit the prescribed *pro hac vice* admission fee of $95.00 to the Clerk of the Court.

WHEREFORE, having satisfied each of the requirements of E.D. Ky. L.R. 83.2, and for good cause shown, the undersigned counsel respectfully requests that this motion for admission *pro hac vice* be granted, and that the undersigned counsel be permitted to appear and practice in this Court as counsel for Defendant Kim Davis in the above-referenced case.

DATED: July 22, 2015                             Respectfully submitted,

/s/ Jonathan D. Christman
Jonathan D. Christman (PA Bar # 306634)
Liberty Counsel
P.O. Box 540774
Orlando, Florida 32854
Tel: (800) 671-1776
Fax: (407) 875-0770
Email: jchristman@lc.org

*Attorney for Defendant Kim Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF filing system and therefore service will be effectuated by the Court's electronic notification system upon all counsel or parties of record:

Joseph D. Buckles
Thomas P. Szczygielski
149 North Limestone
Lexington, KY 40507
joe@joebuckles.com
tom@tpslawoffice.com

DATED: July 22, 2015                           /s/ Jonathan D. Christman
                                              Jonathan D. Christman
                                              *Attorney for Defendant Kim Davis*