# EXHIBIT A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Jonathan David Christman, Esq.*

DATE OF ADMISSION

*October 19, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 24, 2015

*Patricia A. Johnson* (signature)

Patricia A. Johnson
Chief Clerk