UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | | |
|---|---|---|
| **DAVID ERMOLD, et al.,** | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | 0:15-CV-00046-DLB |
| | : | |
| v. | : | DISTRICT JUDGE |
| | : | DAVID L. BUNNING |
| **KIM DAVIS,** | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS AMENDED COMPLAINT

Defendant Kim Davis ("Davis"), pursuant to Federal Rule of Civil Procedure 12 and Local Rule 7.1, moves the Court for an order dismissing Plaintiffs' Amended Complaint (Doc. 27).

As more fully described in Davis' supporting memorandum of law, which is incorporated by reference here, Plaintiffs' Complaint against Davis should be dismissed for multiple reasons. First, Davis is immune from Plaintiffs' damages claims—by Eleventh Amendment sovereign immunity in her official capacity as a state official, and by qualified immunity in her individual capacity. Second, Plaintiffs' claims present no cognizable federal constitutional question. Specifically, Plaintiffs have failed to identify any federal constitutional right to receive a marriage license from a particular state official (Davis) at a particular place (Rowan County), when no policy ever prevented either Plaintiff from marrying whom he wanted to marry, or obtaining a valid Kentucky marriage license.

WHEREFORE, Defendant, Kim Davis, respectfully requests that the Court enter an order granting her Motion to Dismiss Amended Complaint, dismiss Plaintiffs' Amended Complaint with prejudice, and enter judgment in favor of Davis.

|  |  |
|---|---|
|  | Respectfully submitted, |
| A.C. Donahue | /s/ Roger K. Gannam |
| Donahue Law Group, P.S.C. | Horatio G. Mihet |
| P.O. Box 659 | Roger K. Gannam |
| Somerset, Kentucky 42502 | Liberty Counsel |
| Tel: (606) 677-2741 | P.O. Box 540774 |
| Fax: (606) 678-2977 | Orlando, Florida 32854 |
| ACDonahue@DonahueLawGroup.com | Tel: (407) 875-1776 |
|  | Fax: (407) 875-0770 |
|  | hmihet@LC.org |
|  | rgannam@LC.org |

*Attorneys for Defendant Kim Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF filing system and therefore service will be effectuated by the Court's electronic notification system upon all counsel or parties of record:

| | |
|---|---|
| Michael J. Gartland | Joseph D. Buckles |
| DelCotto Law Group PLLC | Thomas P. Szczygielski |
| 200 North Upper Street | 149 North Limestone |
| Lexington, KY 40507 | Lexington, KY 40507 |
| mgartland@dlgfirm.com | joe@joebuckles.com |
|  | tom@tpslawoffice.com |

| | |
|---|---|
| DATED this July 10, 2017 | /s/ Roger K. Gannam |
|  | Roger K. Gannam |
|  | *Attorney for Defendant Kim Davis* |

2