UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CIVIL ACTION NO. 15-46-DLB**

**DAVID ERMOLD, et al.**                                           **PLAINTIFFS**

**v.**

**KIM DAVIS, et al.**                                                **DEFENDANTS**

and                                        <u>ORDER</u>

**CIVIL ACTION NO. 15-62-DLB**

**JAMES YATES, et al.**                                              **PLAINTIFFS**

**v.**

**KIM DAVIS, et al.**                                                **DEFENDANTS**

\*\*  \*\*  \*\*  \*\*  \*\*  \*\*

Defendant Kim Davis has filed identical motions in both of these cases to stay proceedings pending disposition of her motion to dismiss and has requested expedited consideration of the motions (See Doc. # 30). Plaintiffs having filed their responses, and Defendant Davis having very recently submitted her reply, both motions are now ripe for review. Upon consideration of the arguments of counsel, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Defendant Davis' motions to stay (Doc. # 30) be, and are hereby **denied**. The Court's decision adjudicating the pending motions to dismiss will be issued forthwith.

This 29th day of August, 2017.



K:\DATA\ORDERS\Ashland Civil\2015\15-46 & 62 - Order denying motions to stay.wpd