Nos. 17-6119/6233

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Nov 22, 2017
DEBORAH S. HUNT, Clerk
```

| | |
|---|---|
| DAVID ERMOLD; DAVID MOORE, | ) |
| | ) |
|     Plaintiffs-Appellees/Cross-Appellants, | ) |
| | ) |
| v. | ) |
| | )    O R D E R |
| KIM DAVIS, Individually, | ) |
| | ) |
|     Defendant-Appellant/Cross-Appellee. | ) |

The defendant, Kim Davis, appeals an interlocutory order denying, in part, her motion to dismiss on the basis of qualified immunity, and the plaintiffs cross-appeal the dismissal of their official-capacity claims against the defendant. Davis now moves to consolidate these cross appeals with another set of cross-appeals, Nos. 17-6120/6226, for purposes of briefing and submission, and also for a 28-day extension to file her principal brief. The plaintiffs in both sets of cross-appeals respond in opposition to both motions, and Davis replies.

Although the district court acknowledged the similar posture and factual background of the plaintiffs, it maintained separate actions and entered separate orders from which Davis appeals. This court's rules on record citation thus necessitate maintaining separate, albeit parallel, briefing schedules. The motion to consolidate is DENIED insofar as the cases remain separate for purposes of briefing, although they will be submitted to the same panel on the same day.

To the extent Davis seeks an extension of time, she is granted 14 days. Briefing will be re-set by separate letter.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk