Case No. 17-6119/17-6120

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

DAVID ERMOLD; DAVID MOORE (17-6119)

WILL SMITH; JAMES YATES (17-6120)

       Plaintiffs - Appellees Cross-Appellants

v.

KIM DAVIS, Individually

       Defendant - Appellant (17-6119, 17-6120)

BEFORE:  GRIFFIN, Circuit Judge;  WHITE, Circuit Judge;  BUSH, Circuit Judge;

  Upon consideration of the Appellant's motion to stay the mandate,

  It is **OREDERED** that the motion be, and it hereby is, **DENIED**.

                      **ENTERED BY ORDER OF THE COURT**
                      Deborah S. Hunt, Clerk

Issued: November 08, 2019