EXPIRATION: 10/03/15                                                                59

# Marriage License
Valid ONLY in the
Commonwealth of Kentucky

To Any Person or Religious Society Qualified to Perform Marriages per KRS 402.050: You are hereby authorized to join together in the state of matrimony, according to the laws of the Commonwealth of Kentucky

First Party Full Name: DAVID VINCENT MOORE
Current Residence: 390 WHISPERING OAKS MOREHEAD, KY 40351
Second Party Full Name: DAVID KERVIN ERMOLD
Current Residence: 390 WHISPERING OAKS MOREHEAD, KY 40351

|  | **First Party** | **Second Party** |
|---|---|---|
| Date of Birth (Age) | 01/20/1976  39 | 12/18/1973  41 |
| Place of Birth | WHITESBURG, KY | POTTSTOWN, PA |
| Mother's Full Name (Including Maiden) | RUDELL HUGHES | BARBARA ANN OISTER |
| Father's Full Name | JAMES CURTIS MOORE | MICHAEL EUGENE ERMOLD |
| Condition (Single, widowed, divorced, annulled) | Single | Single |
| No. of Previous Marriages | 0 | 0 |
| Occupation | GRAPHIC DESIGNER | EDUCATION PROFESSOR |
| Race | W | W |
| Relationship to other party | NONE | NONE |

We hereby certify the above information is true to the best of our knowledge.

_____   _____
First Party Signature         Second Party Signature

Issued this 9 / 4 / 2015 in the office of ROWAN COUNTY  ROWAN COUNTY
County Clerk, MOREHEAD, Kentucky by BRIAN MASON  DEPUTY CLERK

Note: License valid for 30 days only, including the date it is issued, per KRS 402.105!

# Marriage License
(type or print with black ink ball-point pen only)

I do certify that: David Vincent Moore and David Kervin Ermold were united in marriage on the 26th day of September at 1:35 p.m.
Kentucky, under the authority of the above license and in the presence of (Please PRINT witnesses' names)

Ashleigh Lauren Wellman and Linda Carpenter

Given under my hand this 26th day of September, 2015

Geraldine Lewis Wineman, Minister of the Universal Life Church

Note: Persons failing to return this Certificate to the Clerk of the County in which it was issued within one month shall be guilty of a violation per KRS 402.990(11).

Recorded this ___/___/___ in the office of _____, _____
County Clerk, in Marriage Book _____, page _____

_____   _____ Clerk
(recorder's name)            (recorder's title)

## Certificate of Marriage
(to be delivered to parties married)

I do certify that: David Vincent Moore and David Kervin Ermold were united in marriage on the 26th day of September, 2015 at 1:35 p.m.
Kentucky, under the authority of the above license and in the presence of

Ashley Lauren Wellman and Linda Carpenter

Given under my hand this 26th day of September, 2015

Geraldine Lewis Wineman, Minister of the Universal Life Church

Exhibit 15

Date _____