**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 15-46-DLB-EBA**

**DAVID ERMOLD, et al.**                                                                                      **PLAINTIFFS**

**v.**                                                           **ORDER**

**KIM DAVIS,** *individually*                                                                                 **DEFENDANT**

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon Defendant's Agreed Motion to Continue Trial (Doc. # 124). The Court having reviewed the Motion and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED:**

(1) Defendant's Agreed Motion to Continue Trial (Doc. # 124) is **GRANTED.**

(2) The **Jury Trial** scheduled for Tuesday, July 11, 2023 is **CONTINUED** to **Monday, September 11, 2023** at **1:00 p.m.** at the United States District Courthouse in Ashland, Kentucky. Counsel must be present at 12:30. The procedural details of the trial will be set forth by subsequent Order.

This 10th day of April, 2023.



Signed By:
*David L. Bunning*  DB
United States District Judge