UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CIVIL ACTION NO. 15-46-DLB-EBA**

**DAVID ERMOLD, et al.**                                          **PLAINTIFFS**

v.

**KIM DAVIS**, *individually*                                      **DEFENDANT**

<u>ORDER</u>

**CIVIL ACTION NO. 15-62-DLB-EBA**

**JAMES YATES, et al.**                                            **PLAINTIFFS**

v.

**KIM DAVIS**, *individually*                                      **DEFENDANT**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

    **IT IS HEREBY ORDERED** that the undersigned will convene a Telephonic Status Conference in these matters on **July 21, 2023 at 11:00 a.m.**  Counsel must dial in to this conference at least five (5) minutes before the scheduled time by following these steps:

    (1) Call Microsoft Teams Teleconferencing at 1-859-474-8484; and

    (2) Enter Phone Conference ID: 340 094 637#.

    This 11th day of July, 2023.



Signed By:
*David L. Bunning* DB
United States District Judge

L:\DATA\ORDERS\Ashland Civil\2015\15-46 and 15-62 Order setting Teleconference.docx