# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT ASHLAND

**CIVIL ACTION NO. 15-46-DLB-EBA**

**DAVID ERMOLD, et al.**                                                                                       **PLAINTIFFS**

**v.**

**KIM DAVIS**, *individually*                                                                                  **DEFENDANT**

## ORDER

**CIVIL ACTION NO. 15-62-DLB-EBA**

**JAMES YATES, et al.**                                                                                        **PLAINTIFFS**

**v.**

**KIM DAVIS**, *individually*                                                                                  **DEFENDANT**

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

Upon the Court's own motion,

**IT IS HEREBY ORDERED** that the Telephonic Status Conference in these matters scheduled for Friday, July 21, 2023 at 11:00 a.m. is hereby **VACATED**, to be rescheduled by subsequent Order of the Court.

This 19th day of July, 2023.



L:\DATA\ORDERS\Ashland Civil\2015\15-46 and 15-62 Order Continuing Teleconference.docx