**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CIVIL ACTION NO. 15-46-DLB-EBA**

**DAVID ERMOLD, et al.**                                                     **PLAINTIFFS**

**v.**

**KIM DAVIS,** *individually*                                                 **DEFENDANT**

**FINAL PRETRIAL ORDER**

**CIVIL ACTION NO. 15-62-DLB-EBA**

**JAMES YATES, et al.**                                                    **PLAINTIFFS**

**v.**

**KIM DAVIS,** *individually*                                                 **DEFENDANT**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

In order to facilitate the joint trial of these matters,

**IT IS ORDERED** as follows:

(1) The Jury Trials on damages only scheduled to begin on **Monday, September 11, 2023 at 1:00 p.m. in Ashland** shall remain as previously scheduled. Counsel shall be present at 12:30 p.m.;

(2) The Court will conduct all *voir dire* and will empanel two (2) panels of jurors, Panel A and Panel B, with each panel consisting of six (6) jurors. Panel A will be assigned to decide the *Ermold, et al* case and Panel B will be assigned to decide the *Yates, et al* case;

1

(3) Each party will be given two (2) hours for the presentation of proof, including direct as well as cross-examination. The time allotted for opening statements and closing arguments shall be excluded from the two-hour presentation; and

(4) **No later than August 23, 2023**, the parties shall file proposed *voir dire*, exhibit lists, witness lists and proposed jury instructions (agreed if possible).

This 9th day of August, 2023.



Signed By:
*David L. Bunning*  DB
United States District Judge

L:\DATA\ORDERS\Ashland Civil\2015\15-46 and 15-62 PT Order.docx