UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND
CIVIL NO. 0:15-CV-00046-DLB

DAVID ERMOLD and
DAVID MOORE                                                                 PLAINTIFFS

V.

KIM DAVIS                                                                          DEFENDANT

## PLAINTIFFS' EXHIBIT LIST

Plaintiffs, David Ermold and David Moore, by counsel, pursuant to the Court's Final Pretrial Order entered August 9, 2023 (Doc #: 128) and the Court's Virtual Order entered August 18, 2023 (Doc #: 128), Plaintiffs make their designation of trial exhibits as follows:

1. Video recording July 6, 2015, at the Rowan County Clerk's Office. Plaintiffs may offer this exhibit if the need arises.

2. Video recording August 13, 2015, at the Rowan County Clerk's Office. Plaintiffs may offer this exhibit if the need arises.

3. Video recording September 1, 2015, at the Rowan County Clerk's Office. Plaintiffs may offer this exhibit if the need arises.

Respectfully submitted,

/s/ Joseph D. Buckles
Joseph D. Buckles, Esq.
*Counsel for Plaintiffs*
*David Ermold and David Moore*

Hon. Michael J. Gartland  
DELCOTTO LAW GROUP PLLC  
200 North Upper Street  
Lexington, KY  40507  
(859) 231-5800  
(859) 281-1170 facsimile  
mgartland@dlgfirm.com  

Hon. Joseph D. Buckles  
BUCKLES LAW OFFICE, PLLC  
149 North Limestone  
Lexington, KY  40507  
(859) 225-9540  
(859) 251-6020 facsimile  
Joe@JoeBuckles.com  

*Counsel for Plaintiffs,*  
*David Ermold and David Moore*

## CERTIFICATE OF SERVICE

On August 31, 2023, I electronically filed this document through the CM/ECF system which will send an electronic copy to all parties of record.

/s/ Joseph D. Buckles_____  
ATTORNEY FOR PLAINTIFFS