UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND
CIVIL NO. 0:15-CV-00046-DLB

DAVID ERMOLD and
DAVID MOORE                                                                                          PLAINTIFFS

V.

KIM DAVIS                                                                                              DEFENDANT

### PLAINTIFFS' PROPOSED *VOIR DIRE* JOINTLY WITH *YATES* PLAINTIFFS

Plaintiffs, David Ermold and David Moore, by counsel, pursuant to the Court's Final Pretrial Order entered August 9, 2023 (Doc #: 128) and the Court's Virtual Order entered August 18, 2023 (Doc #: 128), Plaintiffs jointly with Plaintiffs James Yates and Will Smith, Civli No. 15-cv-62-DLB, make their proposed *voir dire* as follows:

**BASIC QUESTIONS:**

1. Do you know any of the lawyers in the room Kash Stilz, Rene Heinrich (from Northern KY), Joseph Buckles & Michael Gartland (from Lexington, KY), Horatio Mihet, Daniel Schmid (from Orlando, Florida), and A.C. Donahue (from Somerset, KY)?

2. Do you personally know any of the parties, whether social, professional, or otherwise? James Yates?  Will Smith? David Ermold?  David Moore? Kim Davis?

3. Do you know any staff member that work for any of these lawyers?

4. Ever had personal dealings with any of the parties?  Lawyers?  Their law firms?

5. Do you know any of your fellow jurors?

6. We anticipate calling several witnesses in this case.  Do you know Melissa Davis?  Jill Boggs (a therapist in Morehead)? Brian Mason (an assistant Rowan County clerk)? Either socially, professionally or otherwise?

7. Do any of you have any medical reason or condition that would make it difficult for you to serve as an impartial juror in this case?

8. Do any of you take any medications, prescription or otherwise, that would make it difficult for you to concentrate or otherwise be attentive to these proceedings, the evidence, or to participate in deliberations?

9. Do any of you have any personal situation or hardship that would make it difficult for you for to serve as an impartial juror in this case?

10. Do any of you have any difficulty hearing, reading, or seeing that would make it difficult for you to serve as an impartial juror in this case?

11. Does anyone have difficult reading, hearing, or understanding the English language that would make it difficult for you to serve as an impartial juror in this case?

12. This case is expected to last 2-3 days, including today's jury selection, the lawyer's opening statements, a presentation of witnesses and evidence, and closing arguments. Would this schedule for this trial create an undue hardship or burden for you that would make it difficult for you to serve as an impartial juror in this case?

13. Is anyone here a lawyer, married to a lawyer, or in a substantial relationship with a lawyer?

14. Has anyone here studied law or worked in a law office? If so where and what was your role?

15. Notwithstanding what you have studied, experienced, or otherwise feel the law is or should be on a particular subject, is there any reason that you feel you would not be able to apply the law that the Court gives to you at the end of the trial?

16. Has anyone here ever been sued or otherwise been a party to a lawsuit?  How did you feel about that experience?  Were you satisfied with the outcome (follow up to ask specifics about the type of case)

17. Has anyone here ever had a close family member who was sued or was otherwise a party to a lawsuit?  What did they tell you about the experience?  What kind of case?  Were they satisfied?

18. If you or a close family member have been sued or otherwise been a party to a lawsuit, would that experience affect your ability to impartially and fairly listen to the evidence and render an impartial verdict in this case?

19. Has anyone here ever testified as a witness in a lawsuit or other court proceeding?  If so, explain.  What are your feelings about that process?

20. Has anyone here ever had a close family member testify as a witness in a lawsuit or other court proceeding?  What were their takeaway thoughts?

21. If you or a close family member have testified as a witness in a lawsuit or other court proceeding, would that experience affect your ability to impartially and fairly listen to the evidence and render an impartial verdict in this case?

22. Has anyone here ever served as a juror in either a criminal or civil trial or court proceeding? If so, what was the case like? Tell me about the experience and how you felt it went. Were you listened to by other jurors?

23. Has anyone here ever had a close family member serve as a juror in either a criminal or civil trial or court proceeding? What did they tell you about it? Were they happy about their role? The outcome?

24. If you or a close family member has ever served as a juror in either a criminal or civil trial or court proceeding, would that experience affect your ability to impartially and fairly listen to the evidence and render an impartial verdict in this case?

25. Have you ever been employed in any capacity in which you were called to investigate, calculate, or otherwise act upon any claim for damages? If so, please explain.

26. Do you have a close family member who has ever been employed in any capacity in which the family member was called upon to investigate, calculate, or otherwise act upon any claims for damages? Please explain.

27. If you or a close family member have ever been employed in any capacity in which you or the family member were called to investigate, calculate, or otherwise act upon any claim for damages, would that experience affect your ability to impartially and fairly listen to the evidence and render an impartial verdict in this case?

28. Have you or members of your family received a marriage license from Kim Davis or her office while she worked there? Please give specifics and summarize your personal experience.

29. We are trying two cases today, with two sets of Plaintiffs with the same Defendant. Does everyone understand that? And, does everyone understand you are only being asked to decide the evidence presented in one of the cases?

30. You may hear questions from lawyers for the case that you are not here to decide. Can you all make a promise that you won't apply what that lawyer says to your case?

"POTENTIAL BIAS QUESTIONS"

31. How many of you are familiar with this case or any of the cases that were filed against Kim Davis in 2015 based issues with marriage licenses not being issued to same-sex couples and others?

32. If you are, have you read or heard anything about this case from any source whatsoever, whether it be newspapers, magazines, news, television, radio, Internet, social media, or otherwise? [Identify]- what are your positions on what you read?

33. Based upon anything that you read or heard about this case from any source, have you formed any prior opinions, either for or against, the Plaintiffs David Ermold, David Moore, James Yates, and Will Smith in this case?  What are they?  Defendant Kim Davis?  What are they? (for or against any of them?)

34. Are there any opinions or beliefs that you formed from reading or watching news reports about Ms. Davis or any of the Plaintiffs that would prevent you from rendering a fair verdict based on the evidence you hear?

35. If you were to be selected as a juror in this case, would you have any reason to believe that you could not or would not base your decision solely on the facts as presented in this trial and not based on anything that you have read, seen, or heard previously about this case? Why not?

36. Part of your job as a juror will be to follow my instructions regarding the law, and do your best to apply it.  Is there any reason you can think of given what you have heard so far that would stop you from doing that job with complete fairness and impartiality, no matter what you may have previously heard about this case?  Why not?

37. In the eyes of the law and under the requirements of the United States and Kentucky Constitutions, all persons are treated alike in court and are entitled to honest, fair, and impartial treatment in court. If selected as a juror, would you accept and apply this principle of law to all parties?

38. Does anyone have any reason to believe that you may be prejudiced or biased for or against each? David Ermold? David Moore? James Yates? and Will Smith? Defendant Kim Davis? If you do, what are your concerns?

39. Has anyone served as a precinct captain or member of any county party executive committee for either Democrats or Republicans?  If so, explain.

40. Are you now or have you ever been a member of any civil, social, public policy, advocacy, fraternal, union, professional, or non-profit organization, such as the NRA (National Rifle Association)? Liberty Counsel? Federalist Society? John Birch Society? Oath Keepers? Alliance Defending Freedom? the American Civil Liberties Union? Planned Parenthood? Southern Poverty Law Center?  Human Rights Campaign? Equality Kentucky? Parents Families and Friends of Lesbians and Gays? or other similar organization?  If so, please describe which one, how long you have been a member and explain your activity with that group.

4

    a. Do you contribute, or have you contributed to any civil, social, public policy, advocacy, fraternal, union, professional, or non-profit organization such as those I just listed? If so, explain.
    b. Are any of you employed by any such organizations? If so, please give more info.
    c. Has any of your close family members ever been a member or contributed to such an organization? Describe.

41. If you answered yes to any of these questions about involvement by you or a family member in any of these organizations, do you think that would affect your ability to impartially and fairly listen to the evidence and work with the other jurors to reach an impartial verdict?

42. Do you now or have you ever had any preexisting personal beliefs, opinions, biases, or views that would affect your ability to render a verdict solely on the basis of the evidence presented during the trial, regardless of those beliefs, opinions, biases, or views? What are they?

43. Do any of you have any reason, including personal beliefs, opinions, biases, or views, that would affect your ability to follow the law the Court gives to you at the end of the trial, even if you personally disagree with it?

44. Do any of you have any reason, including personal beliefs, opinions, biases, or views, that would affect your ability to keep an open mind until all of the evidence and arguments have been presented to you during the trial?

45. Was anyone present at any of the rallies, or protests that occurred in Rowan County in the summer of 2015 regarding marriage licenses? If so, what was your involvement and who were you there to support?

46. Did any of you express your opinions of Ms. Davis on social media? If so, what were your opinions?

47. Do any of you believe that you, a family member, or a close friend has ever **been discriminated against** in terms of government services, employment, housing, or other accommodations in a manner that was prohibited by law? If so, how were you/they discriminated against? Did you feel that was fair? Why or why not?

48. Have any of you, a family member, or close friend ever **filed a complaint against** a government entity, employer, housing or rental facility, business, or other public accommodation on the basis of what you believed was discrimination? If so, explain what happened. Did you feel that was fair? Why or why not?

49. Have you, a family member, or close friend ever been **accused** of discriminating against another individual in terms of employment, housing, services, or other accommodations? If so, explain the basis of the discrimination and what happened? Did you feel that was fair? Why or why not?

50. If you, a family member, or close friend has been **accused** of discriminating against another individual in terms of employment, housing, services, or other accommodations, was there ever a formal complaint filed against you on the basis of that alleged discrimination? What was the outcome of that formal complaint? Did you feel that was fair? Why or why not?

51. Do any of you believe that your constitutional rights or the constitutional rights of a family member or close friend have ever been violated?

52. If you believe that your constitutional rights or the constitutional rights of a family member or close friend have ever been violated, what was the alleged constitutional violation?

53. If you believe that your constitutional rights or the constitutional rights of a family member or close friend have ever been violated, did you, your family member, or your close friend ever file any form of complaint on the basis of that violation? If so, what was the outcome? Were you satisfied with what happened? Why or why not?

54. Were any of you present at any of the rallies or protests that occurred in Rowan County in the summer of 2015? If so, who were you there to support?

55. Did any of you express your opinions about Ms. Davis or the cases against her on social media? What were those opinions?

56. Did anyone send money to any of the parties in this case as a result of this case or other legal cases?

57. Plaintiffs are seeking damages for pain and suffering. Do any of the jurors have any feelings regarding a finding of pain and suffering damages generally? Do any jurors feel that the law should not award damages for pain and suffering, mental anguish, emotional distress, humiliation, or reputational damages?

58. In this case the Court has ruled on the issue of liability or fault. It decided a while back Kim Davis violated Plaintiffs' Constitutional rights to marry by not issuing marriage licenses to them when they went to her office to get one. This trial only involves the damages experienced by Plaintiffs. Does anyone feel strongly that ruling Ms. Davis was wrong was a mistake? If so, why? Do you think because of this opinion you can sit on this jury in an impartial way and follow the law to help figure out what damages, if any, these gentlemen are owed? Why or why not?

59. If James Yates, Will Smith, David Ermold and/or David Moore prove their case is there anything that would stop you from finding against Ms. Davis and ordering her to pay them money? If so, explain?

60. This country was founded on laws that keep our society in order. Do you agree to follow the law, regardless of whether or not you personally believe in that law? If not, why?

61. Based on what you have heard so far, do any jurors feel that you may be leaning for one side or another, or would all of you assure the Court that you will keep an open mind until all the evidence is presented?  Explain.

62. Raise your hand if you believe any of the following:
    a. Being gay is immoral?
    b. Being gay is a sin?
    c. It is ok to break the rules at your job based on your religion as long as you really believe it?
    d. It is ok to breaks the law based on your religion as long as you really believe it?
    e. I have gay people in my family and friends and I love them.
    f. I have gay people in my family and friends and I worry they are going to hell.
    g. Consenting adults should be allowed to do what they want in their bedrooms as long as it doesn't hurt anyone.

63. Raise your hand if you believe any of the following statements? (Follow up with questions asking for specificity):

    a. Same sex couples should have equal marriage rights as opposite sex couples.
    b. Same sex couples should be treated the same under the law as any other couples.
    c. Same sex couples cannot be as good of parents as opposite sex couples.
    d. Same sex couples should be eligible to adopt children.
    e. This country should have a nationally established religion and that religion should be Christianity.
    f. It is ok to be expected to go to another county if your county official refuses to provide a public service.
    g. Government officials should have the authority to go rogue and refuse to follow our laws when it conflicts with their religion.
    h. Homosexuality is a crime against nature – a violation of the laws of nature and of God.
    i. This country was founded based on Christian religious beliefs and it should stay that way.
    j. If the law conflicts with a person's religion, they should be allowed to break it.
    k. We need to be careful allowing one religion to guide our state
    l. Emotional injuries are not real injuries.  Why do you believe what you do?
    m. A person who has suffered an emotional injury because of someone else's conduct should not be allowed to sue for money.
    n. There are too many lawsuits in this country.
    o. It would be terrible to make someone who did something completely because of their religious beliefs pay money to someone else, even if they broke the law
    p. The government should be able to decide what religion people should follow

          Respectfully submitted,

          /s/ Joseph D. Buckles
          Joseph D. Buckles, Esq.
          *Counsel for Plaintiffs*
          *David Ermold and David Moore*

| | |
|---|---|
| Hon. Michael J. Gartland | Hon. Joseph D. Buckles |
| DELCOTTO LAW GROUP PLLC | BUCKLES LAW OFFICE, PLLC |
| 200 North Upper Street | 149 North Limestone |
| Lexington, KY  40507 | Lexington, KY  40507 |
| (859) 231-5800 | (859) 225-9540 |
| (859) 281-1170 facsimile | (859) 251-6020 facsimile |
| mgartland@dlgfirm.com | Joe@JoeBuckles.com |

          *Counsel for Plaintiffs,*
          *David Ermold and David Moore*

## **CERTIFICATE OF SERVICE**

On August 31, 2023, I electronically filed this document through the CM/ECF system which will send an electronic copy to all parties of record.

          /s/ Joseph D. Buckles_____
          ATTORNEY FOR PLAINTIFFS