UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND
CIVIL NO. 0:15-CV-00046-DLB

| | |
|---|---|
| DAVID ERMOLD and DAVID MOORE | PLAINTIFFS |
| V. | |
| KIM DAVIS | DEFENDANT |

## PLAINTIFFS' WITNESS LIST

Plaintiffs, David Ermold and David Moore, by counsel, pursuant to the Court's Final Pretrial Order entered August 9, 2023 (Doc #: 128) and the Court's Virtual Order entered August 18, 2023 (Doc #: 128), Plaintiffs make their designation of trial witnesses as follows:

1. David Ermold, Plaintiff, 390 Whispering Oaks, Morehead, Kentucky. Plaintiff expects to testify regarding damages.

2. David Moore, Plaintiff, 390 Whispering Oaks, Morehead, Kentucky. Plaintiff expects to testify regarding damages.

Respectfully submitted,

/s/ Joseph D. Buckles
Joseph D. Buckles, Esq.
*Counsel for Plaintiffs*
*David Ermold and David Moore*

| | |
|---|---|
| Hon. Michael J. Gartland | Hon. Joseph D. Buckles |
| DELCOTTO LAW GROUP PLLC | BUCKLES LAW OFFICE, PLLC |
| 200 North Upper Street | 149 North Limestone |
| Lexington, KY  40507 | Lexington, KY  40507 |
| (859) 231-5800 | (859) 225-9540 |
| (859) 281-1170 facsimile | (859) 251-6020 facsimile |
| mgartland@dlgfirm.com | Joe@JoeBuckles.com |

*Counsel for Plaintiffs,*
*David Ermold and David Moore*

## CERTIFICATE OF SERVICE

On August 31, 2023, I electronically filed this document through the CM/ECF system which will send an electronic copy to all parties of record.

/s/ Joseph D. Buckles_____
ATTORNEY FOR PLAINTIFFS