**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

| | | |
|---|---|---|
| **DAVID ERMOLD, ET AL.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | **0:15-CV-00046-DLB** |
| **v.** | : | **DISTRICT JUDGE DAVID L. BUNNING** |
| **KIM DAVIS, ET AL.,** | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **JAMES YATES, ET AL.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | **0:15-CV-00062-DLB** |
| **v.** | : | **DISTRICT JUDGE DAVID L. BUNNING** |
| **KIM DAVIS, ET AL.,** | : | |
| **Defendants.** | : | |

## DEFENDANT KIM DAVIS'S PROPOSED *VOIR DIRE*

### I. INTRODUCTORY QUESTIONS

1. Do any of you know me or any member of my staff on any basis, whether social, professional, or otherwise?

2. The Plaintiffs are David Ermold, David Moore, James Yates, and Will Smith. Do any of you know any of the Plaintiffs in this case on any basis, whether social, professional, or otherwise?

3. The Plaintiffs in this case are represented by ________________. Do any of you know the Plaintiffs' lawyers in this case on any basis, whether social, professional, or otherwise?

4. Do any of you know any staff member or employee of Plaintiffs' lawyers in this case on any basis, whether social, professional, or otherwise?

5. The Defendant in this case is Kim Davis. Do any of you know the Defendant in this case on any basis, whether social, professional, or otherwise?

6. The Defendant is represented by lawyers Horatio G. Mihet and Daniel J. Schmid of the firm Liberty Counsel, and lawyer A.C. Donahue of the firm Donahue Law Group. Do you know any of the Defendant's lawyers or their law firms in this case on any basis, whether social, professional, or otherwise?

7. Do any of you know any staff member or employee of any of Defendant's lawyers or their law firms in this case on any basis, whether social, professional, or otherwise?

8. Have you ever had any personal or business dealings with any Plaintiff in this case?

9. Have you ever had any personal or business dealings with Defendant in this case?

10. Have you ever had any personal or business dealings with any of Plaintiffs' lawyers or their law firms in this case?

11. Have you ever had any personal or business dealings with any of Defendant's lawyers or their law firms in this case?

12. Have any of you ever had personal or business dealing with the Rowan County Clerk's Office?

13. Do you know or are you acquainted with any of the other prospective jurors that are in this courtroom?

14. In addition to David Ermold, David Moore, James Yates, Will Smith, and Kim Davis, the witnesses in this case may include [*see Witness Lists*]. Do any of you know any of the potential witnesses in this case on any basis, whether social, professional, or otherwise?

15. Have any of you ever had any personal or business dealings with any of the potential witnesses in this case?

## II. HARDSHIP QUESTIONS

16. Do any of you have any medical reason or condition that would make it difficult for you to serve as an impartial juror in this case?

17. Do any of you take any medications, prescription or otherwise, that would make it difficult for you to concentrate or otherwise be attentive to these proceedings, the evidence, or to participate in deliberations?

18. Do any of you have any personal situation or hardship that would make it difficult for you for to serve as an impartial juror in this case?

19. Do any of you have any difficulty hearing, reading, or seeing that would make it difficult for you to serve as an impartial juror in this case?

20. Does anyone have difficult reading, hearing, or understanding the English language that would make it difficult for you to serve as an impartial juror in this case?

21. This case is expected to last 2-3 days, including today's jury selection, the lawyer's opening statements, a presentation of witnesses and evidence, and closing arguments. Would this schedule for this trial create an undue hardship or burden for you that would make it difficult for you to serve as an impartial juror in this case?

## III. JUROR BACKGROUND AND EXPERIENCE QUESTIONS

22. Is anyone here a lawyer, married to a lawyer, or in a substantial relationship with a lawyer?

23. Has anyone here studied law or worked in a law office?

24. Notwithstanding what you have studied, experienced, or otherwise feel the law is or should be on a particular subject, is there any reason that you feel you would not be able to apply the law that the Court gives to you at the end of the trial?

25. Has anyone here ever been sued or otherwise been a party to a lawsuit?

26. Has anyone here ever had a close family member who was sued or was otherwise a party to a lawsuit?

27. If you or a close family member have been sued or otherwise been a party to a lawsuit, would that experience affect your ability to impartially and fairly listen to the evidence and render an impartial verdict in this case?

28. Has anyone here ever testified as a witness in a lawsuit or other court proceeding?

29. Has anyone here ever had a close family member testify as a witness in a lawsuit or other court proceeding?

30. If you or a close family member have testified as a witness in a lawsuit or other court proceeding, would that experience affect your ability to impartially and fairly listen to the evidence and render an impartial verdict in this case?

31. Has anyone here ever served as a juror in either a criminal or civil trial or court proceeding?

32. Has anyone here ever had a close family member serve as a juror in either a criminal or civil trial or court proceeding?

33. If you or a close family member has ever served as a juror in either a criminal or civil trial or court proceeding, would that experience affect your ability to impartially and fairly listen to the evidence and render an impartial verdict in this case?

34. Have you ever been employed in any capacity in which you were called to investigate, calculate, or otherwise act upon any claim for damages?

35. Do you have a close family member who has ever been employed in any capacity in which the family member was called upon to investigate, calculate, or otherwise act upon any claims for damages?

36. If you or a close family member have ever been employed in any capacity in which you or the family member were called to investigate, calculate, or otherwise act upon any claim for damages, would that experience affect your ability to impartially and fairly listen to the evidence and render an impartial verdict in this case?

## IV. POTENTIAL BIAS QUESTIONS

37. Have you read or heard anything about this case from any source whatsoever, whether it be newspapers, magazines, news, television, radio, Internet, social media, or otherwise? [Identify]

38. Does anyone have pre-existing knowledge of the facts or events that gave rise to this case? [Identify]

39. Based upon anything that you read or heard about this case from any source, have you formed any prior opinions, either for or against, the Plaintiffs David Ermold, David Moore, James Yates, and Will Smith in this case?

40. Based upon anything that you read or heard about this case from any source, have you formed any prior opinions, either for or against, the Defendant Kim Davis in this case?

41. If you were to be selected as a juror in this case, would you have any reason to believe that you could not or would not base your decision solely on the facts as presented in this trial and not based on anything that you have read, seen, or heard previously about this case?

42. Do you know of any reason whatsoever that would preclude you from sitting as a juror in this case with complete fairness and impartiality and deciding the case based solely on the evidence presented in court and the law given at the conclusion of the trial, regardless of anything that you have read, heard, or seen previously about this case?

43. In the eyes of the law and under the requirements of the United States and Kentucky Constitutions, all persons are treated alike in court and are entitled to honest, fair, and impartial treatment in court. If selected as a juror, would you accept and apply this principle of law to all parties?

44. Does anyone have any reason to believe that you may be prejudiced or biased for or against the Plaintiffs, David Ermold, David Moore, James Yates, and Will Smith, in this case?

45. Does anyone have any reason that you may be prejudiced or biased for or against the Defendant, Kim Davis, in this case?

46. Are you now or have you ever been a member of any civil, social, public policy, advocacy, fraternal, union, professional, or non-profit organization, such as Liberty Counsel, Alliance Defending Freedom, the American Civil Liberties Union, Planned Parenthood, Southern Poverty Law Center, Human Rights Campaign, Equality Kentucky, Parents Families and Friends of Lesbians and Gays, gay rights organizations, or other similar organization?

47. Do you now contribute or have you ever contributed to any civil, social, public policy, advocacy, fraternal, union, professional, or non-profit organization, such as Liberty Counsel, Alliance Defending Freedom, the American Civil Liberties Union, Planned Parenthood, Southern Poverty Law Center, Human Rights Campaign, Equality Kentucky, Parents Families and Friends of Lesbians and Gays, gay rights organizations, or other similar organization?

48. Are your now or have you ever been employed by any civil, social, public policy, advocacy, fraternal, union, professional, or non-profit organization, such as Liberty Counsel, Alliance Defending Freedom, the American Civil Liberties Union, Planned Parenthood, Southern Poverty Law Center, Human Rights Campaign, Equality Kentucky, Parents Families and Friends of Lesbians and Gays, gay rights organizations, or other similar organization?

49. Has a close family member ever been a member of, contributed to, employed by, or otherwise affiliated with any civil, social, public policy, advocacy, fraternal, union, professional, or non-profit organization, such as Liberty Counsel, Alliance Defending Freedom, the American Civil Liberties Union, Planned Parenthood, Southern Poverty Law Center, Human Rights Campaign, Equality Kentucky, Parents Families and Friends of Lesbians and Gays, gay rights organizations, or other similar organization?

50. If you or a close family member has ever been a member of, contributed to, employed by, or otherwise affiliated with any civil, social, public policy, advocacy, fraternal, union, professional, or non-profit organization, such as Liberty Counsel, Alliance Defending Freedom, the American Civil Liberties Union, Planned Parenthood, Southern Poverty Law Center, Human Rights Campaign, Equality Kentucky, Parents Families and Friends of Lesbians and Gays, gay rights organizations, or other similar organization, would that affect your ability to impartially and fairly listen to the evidence and render an impartial verdict in this case?

51. Do you now or have you ever had any preexisting personal beliefs, opinions, biases, or views that would affect your ability to render a verdict solely on the basis of the evidence presented during the trial, regardless of those beliefs, opinions, biases, or views?

52. Do any of you have any reason, including personal beliefs, opinions, biases, or views, that would affect your ability to follow the law the Court gives to you at the end of the trial, even if you disagree with it?

53. Do any of you have any reason, including personal beliefs, opinions, biases, or views, that would affect your ability to keep an open mind until all of the evidence and arguments have been presented to you during the trial?

54. Do any of you disagree with the notion that all individuals are permitted to hold religious beliefs and to exercise those beliefs in the course of their daily lives?

55. If you do disagree that all individuals are permitted to hold religious beliefs and to exercise those beliefs in the course of their daily lives, why do you disagree?

56. Do any of you disagree that even individuals whose religious beliefs may be unpopular are entitled to hold those religious beliefs?

57. If you disagree that even individuals whose religious beliefs may be unpopular are entitled to hold those religious beliefs, why do you disagree?

58. Do any of you believe that you, a family member, or a close friend has ever been discriminated against in terms of government services, employment, housing, or other accommodations in a manner that was prohibited by law?

59. If you believe that you, a family member, or close friend was discriminated against in terms of government services, employment, housing, or other accommodations, what did you believe was the basis for the discrimination?

60. Have any of you, a family member, or close friend ever filed a complaint against a government entity, employer, housing or rental facility, business, or other public accommodation on the basis of what you believed was discrimination?

61. Have you, a family member, or close friend ever been accused of discriminating against another individual in terms of employment, housing, services, or other accommodations?

62. If you, a family member, or close friend has been accused of discriminating against another individual in terms of employment, housing, services, or other accommodations, what was the basis of the alleged discrimination?

63. If you, a family member, or close friend has been accused of discriminating against another individual in terms of employment, housing, services, or other accommodations, was there ever a formal complaint filed against you on the basis of that alleged discrimination? What was the outcome of that formal complaint?

64. Do any of you believe that your constitutional rights or the constitutional rights of a family member or close friend have ever been violated?

65. If you believe that your constitutional rights or the constitutional rights of a family member or close friend have ever been violated, what was the alleged constitutional violation?

66. If you believe that your constitutional rights or the constitutional rights of a family member or close friend have ever been violated, did you, your family member, or your close friend ever file any form of complaint on the basis of that violation? If so, what was the outcome?

A.C. Donahue
Donahue Law Group, P.S.C.
P.O. Box 659
Somerset, Kentucky 42502
(606) 677-2741
ACDonahue@DonahueLawGroup.com

/s/ Daniel J. Schmid
Mathew D. Staver
Horatio G. Mihet
Daniel J. Schmid
LIBERTY COUNSEL
P.O. Box 540774
Orlando, Florida 32854
(407) 875-1776
hmihet@LC.org
dschmid@LC.org
court@LC.org

*Attorneys for Defendant, Kim Davis*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Court. Service will be effectuated on all counsel of record via the Court's NEF/electronic notification system.

/s/ Daniel J. Schmid
Daniel J. Schmid