UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | | |
|---|---|---|
| DAVID ERMOLD, ET AL., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | 0:15-CV-00046-DLB |
| v. | : | |
| | : | DISTRICT JUDGE |
| | : | DAVID L. BUNNING |
| KIM DAVIS, ET AL., | : | |
| Defendants. | : | |

**DEFENDANT KIM DAVIS'S UNOPPOSED MOTION TO RESTRICT ACCESS
TO DOCKET ENTRIES AND SUBSTITUTE REDACTED VERSIONS**

Pursuant to Fed. R. Civ. P. 5.2(e), Defendant Kim Davis hereby moves the Court for an order restricting access to Docket Entries 91-7 and 91-22, and to substitute redacted versions of the same Docket Entries filed simultaneously herewith. In support hereof, Defendant shows unto the Court as follows:

1. On July 30, 2021, as part of her Notice of Filing Deposition Exhibits (doc. 91), Defendant inadvertently submitted two exhibits (doc. 91-7 and 91-22) that contained personally identifying information, which neither party discovered until September 6, 2023.

2. Pursuant to Fed. R. Civ. P. 5.2(a)(1)-(2), filings that include personally identifying information should only include the last four numbers of an individual's social security number and the year of birth. Defendant's exhibits inadvertently included information that should have otherwise been redacted.

3. Under Rule 5.2(e), this Court may order – upon a showing of good cause – that additional redactions be made to any document and that nonparty access to an electronic docket entry be restricted. Fed. R. Civ. P. 5.2(e).

4. Defendant hereby moves the Court for an order restricting access to Docket Entries 91-7 and 91-22, and for an order substituting those exhibits with the redacted versions filed simultaneously herewith.

5. Good cause exists to issue such an Order under Fed. R. Civ. P. 5.2(a) to restrict the access of non-parties to information that should otherwise be redacted.

6. Prior to filing the instant motion, Defendant conferred with counsel for Plaintiff in this matter who consented to the relief requested herein. The motion is therefore unopposed.

WHEREFORE, for good cause shown, Defendant respectfully requests that this Court restrict access to Docket Entries 91-7 and 91-22 and substitute those entries for the exhibits submitted simultaneously herewith.

| | |
|---|---|
| A.C. Donahue<br>Donahue Law Group, P.S.C.<br>P.O. Box 659<br>Somerset, Kentucky 42502<br>(606) 677-2741<br>ACDonahue@DonahueLawGroup.com | /s/ Daniel J. Schmid<br>Mathew D. Staver<br>Horatio G. Mihet<br>Daniel J. Schmid<br>LIBERTY COUNSEL<br>P.O. Box 540774<br>Orlando, Florida 32854<br>(407) 875-1776<br>hmihet@LC.org<br>dschmid@LC.org<br>court@LC.org<br><br>*Attorneys for Defendant, Kim Davis* |

## CERTIFICATE OF SERVICE

  I hereby certify that on this 7th day of September, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Court. Service will be effectuated on all counsel of record via the Court's NEF/electronic notification system.

            /s/ Daniel J. Schmid
            Daniel J. Schmid