**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**
**CIVIL MINUTES-TRIAL**

**Case Nos: 0:15-cv-46-DLB and 0:15-cv-62-DLB** At: Ashland, KY Date: Monday, September 11, 2023

**Case Names: DAVID ERMOND AND DAVID MOORE v. KIM DAVIS, INDIVIDUALLY and JAMES YATES AND WILL SMITH v. KIM DAVIS, INDIVIDUALLY**

---

DOCKET ENTRY:

1) Show Cause Orders SHALL BE issued for Jurors 3, 6, 10, 13, 27, 28, 33, 44, 62 and 63 for their failure to appear for jury service.

---

**PRESENT: HON. DAVID L. BUNNING, JUDGE**

| JANET SOLOMON | LISA WIESMAN |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiff in 0:15-cv-46: Joseph D. Buckles and Michael J. Gartland
Attorneys for Plaintiff in 0:15-cv-62: Rene B. Heinrich and William K. Stiltz, Jr.
Attorneys for Defendant: Daniel J. Schmid, Anthony C. Donahue and Horacio Mihet

X Voir Dire for both cases conducted by the Court.

X **JURY TRIAL.**

The Jury Panel A (***0:15-cv-46-DLB***) impaneled and sworn as follows:

(1) 64 (2) 65 (3) 49 (4) 51 (5) 11 (6) 31 (7) 22

Jury Panel B (***0:15-cv-62-DLB***) impaneled and sworn as follows:

(1) 29 (2) 38 (3) 54 (4) 41 (5) 15 (6) 7 (7) 68

X Preliminary Instructions read to both Panel A & Panel B.

X Continued to Tuesday, September 12, 2023, at 8:30 a.m. for further trial. Panel B to report at 8:30 a.m. Panel A to report at 8:45 a.m.

____ Jury retires to deliberate at ___________; Jury returns at

____ JURY VERDICT. SEE SIGNED VERDICT.

____ Jury Polled. ____Polling Waived ___Mistrial Declared.

TIC: | 3 | 30 |