**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**
**CIVIL MINUTES-TRIAL**

Case Nos:  0:15-cv-46-DLB and 0:15-cv-62-DLB      At:  Ashland, KY      Date:  Wednesday, September 13, 2023

Case Names:   DAVID ERMOND AND DAVID MOORE v. KIM DAVIS, INDIVIDUALLY and
                        JAMES YATES AND WILL SMITH v. KIM DAVIS, INDIVIDUALLY

DOCKET ENTRY:   Defendant's oral Motion for Directed Verdict **IS DENIED** as to all four (4) plaintiffs for reasons stated on the record.

PRESENT: HON. DAVID L. BUNNING  , JUDGE

JANET SOLOMON                                    LISA WIESMAN
Deputy Clerk                                       Court Reporter

Attorneys for Plaintiff in 0:15-cv-46:  Joseph D. Buckles and Michael J. Gartland
Attorneys for Plaintiff in 0:15-cv-62:  Rene B. Heinrich and William K. Stiltz, Jr.
Attorneys for Defendant:  Daniel J. Schmid, Anthony C. Donahue and Horacio Mihet

 X   **JURY TRIAL**.

         The Jury Panel A (*0:15-cv-46-DLB*) impaneled and sworn as follows:

         (1)  64    (2)  65    (3)  49    (4)  51    (5) 11    (6)  31    (7)  22

         Jury Panel B (*0:15-cv-62-DLB*) impaneled and sworn as follows:

         (1)  29    (2)  38    (3)  54    (4)  41    (5) 15    (6)   7    (7)  68

 X   Introduction of evidence for defendant continued and concluded as to both cases.

 X   Jury Instruction charge conference held.

 X   Jury Instructions read to both Panel A and Panel B.

 X   Closing Arguments made by counsel.

 X   Jury Panel A retired to deliberate at  1:19 p.m.  ;   Jury Panel A returned at  3:41 p.m.

 X   JURY VERDICT in *0:15-cv-46-DLB*.  SEE SIGNED VERDICT.

 X   Jury Panel B retired to deliberate at  1:19 p.m. ;   Jury Panel B returned at  2:32 p.m.

 X   JURY VERDICT in *0:15-cv-62-DLB*.  SEE SIGNED VERDICT.

 X   Jury Panel A Polled.

 X   Jury Panel B Waived.

TIC:   | 4 | 30 |