UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 15-46-DLB-EBA

**DAVID ERMOLD and DAVID MOORE**                         **PLAINTIFFS**

v.                 **SPECIAL VERDICT FORM**

**KIM DAVIS**, *individually*                                                 **DEFENDANT**

* * * * * * * * * * * * * * * * * *

Please state the sum of damages, if any, David Ermold has proven, by a preponderance of the evidence, he experienced as a proximate cause of Defendant Kim Davis's conduct.

$ __50,000.00__.

Please state the sum of damages, if any, David Moore has proven, by a preponderance of the evidence, he experienced as a proximate cause of Defendant Kim Davis's conduct.

$ __50,000.00__.

TOTAL: $ __100,000.00__.

Your deliberations are complete and you should return to the Courtroom.

Foreperson: __49__                             Date: __9/13/23__