UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CIVIL ACTION NO. 15-46-DLB-EBA**

**DAVID ERMOLD, et al.**                                                                                       **PLAINTIFFS**

**v.**

**KIM DAVIS**, *individually*                                                                                  **DEFENDANT**

<u>ORDER</u>

**CIVIL ACTION NO. 15-62-DLB-EBA**

**JAMES YATES, et al.**                                                                                         **PLAINTIFFS**

**v.**

**KIM DAVIS**, *individually*                                                                                   **DEFENDANT**

* * * * * * * * * * * * * * * * * *

These matters having been tried before a jury on Plaintiffs' damages claims, and the jury in each case having reached its verdict, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that any Petition for Attorneys' Fees and Costs be filed **within thirty (30) days** of the date of entry of this Order. Any responses shall be filed **twenty-one (21) days thereafter** and any replies shall be filed **fourteen (14) days thereafter**.

This 14th day of September, 2023.



Signed By:
David L. Bunning
United States District Judge