# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION

| | | |
|---|---|---|
| **DAVID ERMOLD, ET AL.,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiffs,** | : | **0:15-CV-00046-DLB** |
| | : | |
| **v.** | : | **DISTRICT JUDGE** |
| | : | **DAVID L. BUNNING** |
| **KIM DAVIS, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF DEFENDANT KIM DAVIS'S
## POSITION ON ENTRY OF JUDGMENT

Pursuant to this Court's Order issued on the last day of trial, Defendant Kim Davis hereby submits her position on the timing of the Court's entry of final judgment in accordance with the jury verdict. (Dkt. 152.) Defendant has no objection to Plaintiffs' proposal that the Court withhold entry of final judgment until after the Court's adjudication of whether Plaintiffs are entitled to attorney's fees and costs.

| | |
|---|---|
| | /s/ Daniel J. Schmid |
| A.C. Donahue | Mathew D. Staver |
| Donahue Law Group, P.S.C. | Horatio G. Mihet |
| P.O. Box 659 | Daniel J. Schmid |
| Somerset, Kentucky 42502 | LIBERTY COUNSEL |
| (606) 677-2741 | P.O. Box 540774 |
| ACDonahue@DonahueLawGroup.com | Orlando, Florida 32854 |
| | (407) 875-1776 |
| | hmihet@LC.org |
| | dschmid@LC.org |
| | court@LC.org |
| | |
| | *Attorneys for Defendant, Kim Davis* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Court. Service will be effectuated on all counsel of record via the Court's NEF/electronic notification system.

/s/ Daniel J. Schmid
Daniel J. Schmid