UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 15-46-DLB-EBA

DAVID ERMOLD and DAVID MOORE            PLAINTIFFS

v.            **JUDGMENT**

KIM DAVIS, *individually*            DEFENDANT

* * * * * * * * * * * * * * * * * *

Pursuant to Rules 58 of the Federal Rules of Civil Procedure, and with the Court being otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1) Judgment is entered in favor of Plaintiff David Ermold in the amount of $50,000.00 pursuant to the Jury's Verdict;

(2) Judgment is entered in favor of Plaintiff David Moore in the amount of $50,000.00 pursuant to the Jury's Verdict;

(3) Plaintiffs are awarded $246.026.40 in attorneys' fees;

(4) Plaintiffs are awarded $14,058.30 in expenses; and

(5) This matter is **STRICKEN** from the Court's active docket.

This is a **FINAL and APPEALABLE** Order, and no just cause for delay exists.

This 28th day of December, 2023.



Signed By:
*David L. Bunning*
United States District Judge