# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION

| | | |
|---|---|---|
| **DAVID ERMOLD, ET AL.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | **0:15-CV-00046-DLB** |
| **v.** | : | **DISTRICT JUDGE** |
| | : | **DAVID L. BUNNING** |
| **KIM DAVIS, ET AL.,** | : | |
| **Defendants.** | : | |

## DEFENDANT KIM DAVIS'S NOTICE OF APPEAL

Notice is hereby given that Defendant, Kim Davis, pursuant to 28 U.S.C. §1291 and Fed. R. App. P. 4(a)(4), appeals to the United States Court of Appeals for the Sixth Circuit from the Court's Final Judgment (Doc. 166), entered December 28, 2023, and the Court's Memorandum Opinion and Order (Doc. 175), entered April 23, 2024, denying Defendant's Renewed Motion for Judgment as a Matter of Law.

| | |
|---|---|
| | /s/ Daniel J. Schmid |
| A.C. Donahue | Mathew D. Staver |
| Donahue Law Group, P.S.C. | Horatio G. Mihet |
| P.O. Box 659 | Daniel J. Schmid |
| Somerset, Kentucky 42502 | LIBERTY COUNSEL |
| (606) 677-2741 | P.O. Box 540774 |
| ACDonahue@DonahueLawGroup.com | Orlando, Florida 32854 |
| | (407) 875-1776 |
| | hmihet@LC.org |
| | dschmid@LC.org |
| | court@LC.org |

*Attorneys for Defendant, Kim Davis*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2024, I caused a true and correct copy of the foregoing to be electronically filed with the Court. Service will be effectuated on all counsel of record via the Court's NEF/electronic notification system.

/s/ Daniel J. Schmid
Daniel J. Schmid