# **EXHIBIT 2**

| | |
|---|---|
| **From:** | Joe Buckles |
| **To:** | Daniel Schmid |
| **Cc:** | Horatio Mihet; Liberty Counsel Court; AC Donahue; Michael Gartland |
| **Subject:** | Re: Kim Davis Post Judgment Discovery |
| **Date:** | Friday, September 19, 2025 11:08:22 AM |

Yes, you can have an extension until October 27th.

**Joseph D. Buckles**
*Buckles Law Office, PLLC*
149 North Limestone
Lexington, Kentucky  40507
(859) 225-9540
joe@joebuckles.com


On Thu, Sep 18, 2025 at 3:55 PM Daniel Schmid <daniel@lc.org> wrote:

> Joe:
>
> Defendant is in receipt of your post-judgment discovery requests, with responses and objections due September 25. Counsel have been working diligently on the responses to Plaintiffs' request, but request a modest 30-day extension of time, to and including October 27, 2025 to serve such responses. May I presume that Plaintiffs consent to the requested extension.
>
> Regards,
>
> Daniel
>
> **Daniel J. Schmid, Esq.***
> *Associate Vice President of Legal Affairs*
>
> **Liberty Counsel**
>
> PO Box 540774
>
> Orlando, FL 32854
>
> (407) 875-1776 phone
>
> (407) 875-0770 fax
>
> LC.org

Offices in DC, FL, and VA

*Licensed in Virginia

This message and any attachment are intended for the person to whom it is addressed. If you are not the intended recipient, notify us immediately by replying to this message and deleting it from your computer, because any distribution of this message by you is strictly prohibited. Email cannot be guaranteed secure or error-free. We do not accept responsibility for errors that result from email transmissions. Opinions expressed in this email are solely those of the author and do not necessarily represent those of the organization.

**From:** Joe Buckles <joe@joebuckles.com>
**Sent:** Tuesday, August 26, 2025 6:43 PM
**To:** Horatio Mihet <hmihet@lc.org>; Daniel Schmid <daniel@lc.org>; Liberty Counsel Court <court@lc.org>; AC Donahue <ACDonahue@donahuelawgroup.com>
**Cc:** Mike Gartland <mgartland@dlgfirm.com>
**Subject:** Kim Davis Post Judgment Discovery

See attached.

**Joseph D. Buckles**

*Buckles Law Office, PLLC*

149 North Limestone

Lexington, Kentucky  40507

(859) 225-9540

joe@joebuckles.com

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.