UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTON NO. 0:15-CV-00046-DLB-EBA

DAVID ERMOLD, *et al.*

    Plaintiffs,

v.

KIM DAVIS, Individually,

    Defendant.

---

**ORDER GRANTING PLAINTIFFS' MOTION TO
COMPEL KIM DAVIS TO: (1) SERVE COMPLETE ANSWERS
TO PLAINTIFFS' POST- JUDGMENT INTERROGATORIES; (2) SERVE A
COMPLIANT RESPONSE TO PLAINTIFFS' POST-JUDGMENT REQUESTS
FOR PRODUCTION OF DOCUMENTS; AND (3) PRODUCE ALL DOCUMENTS
RESPONSIVE TO SAID REQUESTS FOR PRODUCTION OF DOCUMENTS**

---

Upon Plaintiffs' Motion to Compel Kim Davis to: (1) Serve Complete Answers to Plaintiffs' Post-Judgment Interrogatories; (2) Serve a Compliant Response to Plaintiffs' Post-Judgment Requests for Production of Documents; and (3) Produce All Documents Responsive to Said Requests for Production of Documents (Doc. 188) (the "Motion"), the Court having considered the Motion and response in opposition thereto filed by Defendant Kim Davis ("Davis"), and the Court having found good cause to grant the Motion, it is hereby **ORDERED** as follows:

    1.    The Motion is **GRANTED**.

    2.    Within five days of the entry of this Order, Davis shall do the following:

        A.    Serve complete answers to Plaintiffs' sixteen post-judgment interrogatories to Davis (the "Interrogatories");

        B.    Serve a proper and compliant response to Plaintiffs' eleven post-judgment requests for the production of documents to Davis (the "Document

Request"); and

C. Produce all documents responsive to the Document Request, which seeks the production of nothing but non-privileged documents.

3. There shall be no extensions of the deadline referred to in the preceding paragraph of this Order.

Signed _____ \_\_\_\_, 202\_\_.

**Signed By:**

_____
**Edward B. Atkins**
**United States Magistrate Judge**

ETENDERED BY:

/s/ Michael J. Gartland
Michael J. Gartland, Esq.
DelCotto Law Group PLLC
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
mgartland@dlgfirm.com

COUNSEL FOR PLAINTIFFS
DAVID ERMOLD AND DAVID MOORE