UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTON NO. 0:15-CV-00046-DLB-EBA

DAVID ERMOLD, *et al.*

    Plaintiffs,

v.

KIM DAVIS, Individually,

    Defendant.

---

## ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DANIEL J. SCHMID FOR SERVING FRIVOLOUS OBJECTIONS TO PLAINTIFFS' POST-JUDGMENT DISCOVERY

---

Upon Plaintiffs' Motion for Sanctions Against Daniel J. Schmid for Serving Frivolous Objections to Plaintiffs' Post-Judgment Discovery (Doc. 188) (the "Motion"), the Court having considered the Motion and response in opposition thereto filed by Defendant Kim Davis, and the Court having found good cause to grant the Motion, it is hereby **ORDERED** as follows:

1. The Court finds that sanctions against Daniel J. Schmid, Esq. (the "Schmid") for signing and serving frivolous objections to all of Plaintiffs' Post-Judgment Discovery Requests are warranted under the Court's inherit power to sanction attorneys and/or 28 U.S.C. § 1927.

2. Michael J. Gartland, Esq. ("Gartland") shall within ten days of the entry of this Order file a declaration as to the reasonable attorney fee to be awarded to DelCotto Law Group PLLC ("DLG") for the litigation related to the Motion and Motion to Compel. Davis shall have ten days to file a response to the Gartland declaration and then the matter will be submitted to the Court for a decision as to the amount of the sanction against Schmid. Schmid shall have ten days to deliver a check made payable to DLG to Gartland for the amount of the sanction.

Signed _____ \_\_\_\_, 202\_\_.

**Signed By:**

_____
**Edward B. Atkins**
**United States Magistrate Judge**

ETENDERED BY:

/s/ Michael J. Gartland
Michael J. Gartland, Esq.
DelCotto Law Group PLLC
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
mgartland@dlgfirm.com

COUNSEL FOR PLAINTIFFS
DAVID ERMOLD AND DAVID MOORE