UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CIVIL NO. 0:15-CV-00046-DLB

DAVID ERMOLD and
DAVID MOORE PLAINTIFFS

V.

KIM DAVIS DEFENDANT

---

**ORDER**

---

This matter having come before the Court on Plaintiffs' Motion to Hold Defendant Kim Davis in Contempt and for Sanctions Based on False Statements in Her Sworn Post-Judgment Discovery Responses (the "Motion"), and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED.
2. Defendant Kim Davis shall appear before the Court on the ____ day of ____________, 2026, at _____ o'clock __.m., and show cause why she should not be held in contempt of Court for serving materially false sworn responses to Plaintiffs' post-judgment discovery requests.
3. Within fourteen (14) days of the entry of this Order, Davis shall serve amended, complete answers to Plaintiffs' post-judgment interrogatories and responses to Plaintiffs' requests for production of documents, verified under oath and signed by Davis in compliance with Fed. R. Civ. P. 33(b)(3) and (5), without objection, all objections having been waived, and shall produce all responsive documents, including the three Deeds of Conveyance recorded at Deed Book 295, Pages 202, 605, and 609, Rowan County Clerk's Office, and all

documents concerning the Kean Family Trust, U/A/D May 27, 2025, and the Estate of Norma Jean Withrow Bailey, Rowan District Court Probate No. 25-P-00013.

4. Pursuant to Fed. R. Civ. P. 26(g)(3) and 37 and the Court's inherent authority, Davis shall pay Plaintiffs the sum of $2,161.30, representing the 7.5 hours of attorney time expended in uncovering the false discovery responses and preparing the Motion, together with counsel's round-trip mileage, within fourteen (14) days of the entry of this Order.

5. Counsel for Plaintiffs shall file, within fourteen (14) days of the entry of this Order, an affidavit setting forth the reasonable attorneys' fees and expenses incurred in preparing any reply, after which the Court will fix the additional amount to be paid by Davis.

______________________________
United States District Judge

Tendered by:

/s/ Joseph D. Buckles
Joseph D. Buckles, Esq.
BUCKLES LAW OFFICE, PLLC
149 North Limestone
Lexington, Kentucky 40507
(859) 225-9540
Joe@JoeBuckles.com
COUNSEL FOR PLAINTIFFS